UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ADRIAN TREVINO,**  *Plaintiff,* | §  §  § |
| **v.** | §  §  § |
| **THE EUCLID CHEMICAL COMPANY AND AUTOMATION PERSONNEL SERVICES, INC.**  *Defendants.* | §  §  §  §  §  § |

Civil Action No. 22-2505

## DEFENDANT THE EUCLID CHEMICAL COMPANY'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW The Euclid Chemical Company ("Euclid"), defendant in the above-entitled cause, and respectfully gives notice of removal pursuant to 28 U.S.C. §§ 1441 and 1446(a) on the basis of diversity jurisdiction. Automation Personnel Services, Inc. ("APS"), a co-defendant in this action, consents to Euclid's notice of removal.

1. This is an action in which the district court has original jurisdiction founded on a claim where the matter in controversy exceeds $75,000 and is between "citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]" 28 U.S.C. § 1332(a)(3). A district court has removal jurisdiction in any case where it has original jurisdiction. 28 U.S.C. § 1441(a); *Gutierrez v. Flores*, 543 F.3d 248, 251 (5th Cir. 2008). This case is removed on grounds that Plaintiff is bringing a claim in which he sues two defendants that are citizens of the States of Ohio and Alabama, respectively, and for damages exceeding $75,000.00 (in fact allegedly exceeding $1,000,000.00).

2. Plaintiff sues Euclid, a citizen of the State of Ohio, and APS, a citizen of the State of Alabama, in the 125th Judicial District Court of Harris County, Texas. 28 U.S.C. § 1446(a).

3. Plaintiff's suit in the state district court alleges that APS and Euclid were negligent, grossly negligent, and vicariously liable in relation to bodily rashes, scarring, and pain Plaintiff experienced as a result of loading sacks of grout onto pallets for Euclid.

4. All pleadings filed in state court are attached hereto.

5. Plaintiff demanded a trial by jury in the state court case.

6. This notice is timely as Cause No. 2022-36820 was served on Euclid on June 27, 2022, and the notice of removal was filed within 30 days of receiving "a copy of the initial pleading setting forth the claim for relief." 28 U.S.C. § 1446(b), *Cole ex rel. Ellis v. Knowledge Learning Corp.*, 416 F. App'x 437, 439 (5th Cir. 2011).

7. This notice is also timely with respect to APS pursuant to 28 U.S.C. § 1446(b)(2)(C), which states, "[if] defendants are served at different times, and a later-served defendant files a notice of removal, any earlier served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal." APS was served with Cause No. 2022-36820 on June 28, 2022. APS consents to removal.

8. Euclid represents to this Court that Plaintiff will be served with this notice and copies of all pleadings associated with Euclid's Notice of Removal. A copy of this notice of removal, with attachments, will be filed with the state court.

**WHEREFORE, PREMISES CONSIDERED,** Defendant The Euclid Chemical Company respectfully prays that this cause be removed to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441, and that Euclid be

granted such other relief, including all costs, expenses, and attorney's fees, which the Court deems just and proper.

        Respectfully submitted,

        **GERMER BEAMAN & BROWN, P.L.L.C.**
        1501 South Mopac Expressway, Suite A400
        Austin, Texas 78746
        (512) 472-0288 (t)
        (512) 472-9260 (f)

By:_____
        Gregg R. Brown
        State Bar No. 03129010
        grb-svc@germer-austin.com*
        Evan W. Weltge
        State Bar No. 24110523
        eweltge@germer-austin.com

        **ATTORNEYS FOR DEFENDANT**
        **THE EUCLID CHEMICAL COMPANY**

        **\*Service by email or other electronic means must include this address for proper service.**

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that a true and correct copy of the foregoing was forwarded as indicated below, to all counsel of record on the 27th day of July, 2022.

Bryant A. Fitts *Via E-Mail:  bfitts@fittslawfirm.com*
Rachel Martin-Deckelmann *Via E-Mail: rdeckelmann@fittslawfirm.com*
FITTS LAW FIRM, PLLC
4801 Richmond Avenue
Houston, Texas 77027
*Attorneys for Plaintiff*

David L. Miller *Via E-Mail: e-service@msc-lawyer.com*
Diane F. Burgess
Miller, Scamardi & Carrabba, P.C.
6525 Washington Ave.
Houston, Texas 77007
*Attorneys for Defendant Automation Personnel Services, Inc.*

Gregg R. Brown