United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADRIAN TREVINO, *Plaintiff,* | § § § § | |
| v. | § § § | Civil Action No. 4:22-cv-02505 |
| THE EUCLID CHEMICAL COMPANY, ET AL. *Defendants* | § § § § | |

### STIPULATED ORDER OF DISMISSAL

On the date stated below, the Court considered the Joint Stipulation of Dismissal filed on November 28, 2023.

**IT IS THEREFORE ORDERED** that all claims asserted by Plaintiff Adrian Trevino in the above-styled and numbered civil action against Defendant The Euclid Chemical Company are hereby **DISMISSED WITH PREJUDICE** and costs taxed against the party incurring the same. This order disposes of all claims and parties.

SO ORDERED this 30 day of Nov, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

Exhibit A